AARON ALLEN FOLEY,

          Appellant,

v.

STATE OF FLORIDA,

          Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-1017

_____/

Opinion filed December 14, 2016.

An appeal from the Circuit Court for Clay County.
John H. Skinner, Judge.

Aaron Allen Foley, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tayo Popoola, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

          AFFIRMED.

OSTERHAUS, JAY, and WINSOR, JJ., CONCUR.